FILED

04/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0554

## IN THE SUPREME COURT OF THE STATE OF MONTANA
## Cause No. DA 22-0554

CHERYL VOEGEL,

    Plaintiff & Appellant,

v.

DEVYN SALSBERY,

    Defendant & Appellee,

## ORDER GRANTING LEAVE TO FILE TRANSCRIPT

The Appellant, Cheryl Voegel, moved this Court for leave to file counsel's copy of the transcript of the Jury Trial conducted in this matter from May 25–27, 2022, in the Seventeenth Judicial District, Phillips County. It is the Appellant's "duty to present the supreme court with a record sufficient to enable it to rule upon the issues raised." The required transcript was ordered but has not been filed. Accordingly, because this transcript is "necessary for the record on appeal," the Appellant's motion for leave to file her copy is GRANTED. The Clerk shall lodge counsel's copy of the transcript as part of the record in this appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 21 2023